USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 7/1/20

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| PAMELA WILLIAMS, on behalf of herself and all others similarly situated, | : | Case No. 1:20-cv-04393-ALC |
| | : | |
| Plaintiff, | : | **ORDER EXTENDING THE TIME FOR DEFENDANT TO RESPOND** |
| v. | : | |
| | : | |
| BLAUER MANUFACTURING CO., INC., | : | **ECF CASE** |
| Defendants. | : | |
| | : | |

It is hereby agreed by and between plaintiff Pamela Williams and defendant Blauer Manufacturing Co., Inc. through their undersigned attorneys, that the time for the defendant to answer, move or otherwise respond to the Complaint shall be extended from **July 2, 2020**, to, through and including **August 1, 2020**.  No extensions of time were previously requested.

| | |
|---|---|
| STEIN SAKS, PLLC<br>Attorneys for Plaintiff<br>Pamela Williams | DAY PITNEY LLP<br>Attorneys for Defendant<br>Blauer Manufacturing Co., Inc. |
| /s./ Yaakov Saks,<br>Yaakov Saks, Esq.<br>285 Passaic Street<br>Hackensack, NJ 07601<br>Telephone: (201) 282-6500<br>Facsimile: (201) 282-6501<br>ysaks@steinsakslegal.com | /s./ Leslie A. Lajewski<br>Leslie A. Lajewski, Esq.<br>650 Third Avenue<br>New York, NY 10158<br>Telephone: (973) 966-8173<br>Facsimile: (973) 206-6536<br>llajewski@daypitney.com |
| Dated:  June 30, 2020 | Dated: June 30, 2020 |

SO ORDERED this  1   day of  July       , 2020

_____
Honorable Andrew L. Carter, Jr.
United States District Judge

## CERTIFICATION OF SERVICE

I certify that, on this date, I caused to be served a copy of the within June 30, 2020, Letter to the Honorable Andrew l. Carter, U.S.D.J. with enclosed Stipulation and Order Extending the Time For Defendant to Respond via ECF and e-mail on Yaakov Saks, Esq., counsel for Plaintiff at the following address:

> Yaakov Saks, Esq.
> Stein Saks, PLLC
> 285 Passaic Street
> Hackensack, NJ 07601
> ysaks@steinsakslegal.com

      /s/ Leslie A. Lajewski
    Leslie A. Lajewski

Dated:  June 30, 2020